IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TIMOTHY RICHARD WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:14-cv-02373 |
| | ) | |
| v. | ) | Judge Campbell |
| | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TN; CORPORAL JEREMI SNIPES; and SERGEANT SEAN LLOYD; | ) ) ) ) ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE DEFENDANT METROPOLITAN GOVERNMENT

Pursuant to F.R.C.P. 21,[1] Plaintiff Timothy Richard Warren, by and through counsel, moves this Court to dismiss Defendant Metropolitan Government from this case with prejudice. Mr. Warren and the Metropolitan Government have reached a settlement resolving Mr. Warren's claims against Metro.

Respectfully submitted,

/s/ Benjamin Kraft Raybin_____ __
David J. Weissman (#25188)
Benjamin Kraft Raybin (#29350)
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37219
*Counsel for Plaintiff Timothy Warren*

---

[1] Alternatively, Plaintiff moves to dismiss with prejudice Defendant Metro under F.R.C.P. 41.

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was served via CM/ECF filing to the following:

David J. Weissman
Benjamin Kraft Raybin
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37219

John M. L. Brown
222 Second Avenue North, Suite 312
Nashville, Tennessee 37201

Kevin C. Klein
Klein Bussell, PLLC
1224 Sixth Ave N.
Nashville, Tennessee 37208

Claire V. Thomas
Lewis, Thomason, King, Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219

on the 31st day of January, 2019.

                                                /s/ Benjamin Kraft Raybin
                                                Benjamin Kraft Raybin